# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| PETER ACQUAVIVA,<br>    Plaintiff,<br><br>vs.<br><br>AARENE CONTRACTING, L.L.C. and<br>GARY L. MILLS,<br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-3788-TWT |

## J U D G M E N T

  Defendants having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

  JUDGMENT IS HEREBY ENTERED in favor of the plaintiff PETER ACQUAVIVA, against the defendants AARENE CONTRACTING, L.L.C. and GARY L. MILLS, for the sum of $2,341.74 in alleged unpaid overtime compensation, less applicable taxes and withholdings; $2,341.74 as liquidated damages and a reasonable amount of attorney's fees and costs incurred to date by the plaintiff.

  Dated at Atlanta, Georgia, this 3rd day of February, 2016.

                 JAMES N. HATTEN
                 CLERK OF COURT

               By: s/Andrea Gee
                 Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 3, 2016
James N. Hatten
Clerk of Court

By: s/Andrea Gee
   Deputy Clerk